# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL ROBINSON,

    Plaintiff,

    v.

JUDGE ROBERT B. SAYLOR, *et al.,*

    Defendants.

No. 4:25-CV-02093

(Chief Judge Brann)

(Magistrate Judge Caraballo)

## ORDER

### MARCH 31, 2026

Michael Robinson filed this civil rights complaint alleging that several individuals violated his rights with regard to a local election in in Shamokin, Pennsylvania.[1] On March 3, 2026, Magistrate Judge Phillip J. Caraballo issued a Report and Recommendation recommending that this Court close this case based upon its consolidation with another action that Robinson had filed in case number 4:25-CV-02091.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections

---

[1] Doc. 1.

[2] Doc. 5.

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error, clear or otherwise, in Magistrate Judge Caraballo's recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Phillip J. Caraballo's Report and Recommendation (Doc. 5) is **ADOPTED**; and

2. The Clerk of Court is directed to terminate all defendants and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4]    28 U.S.C. § 636(b)(1); Local Rule 72.31.